IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROSCOE LEE HOLLOWAY, #154 358          *

    Petitioner,                                            *

    v.                                                             *        3:06-CV-30-MEF

STATE OF ALABAMA, *et al.*,                       *

    Respondents.                                        *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

DONE, this 24th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE