IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSCOE LEWIS HOLLOWAY, ) | |
| #154358, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv30-MEF |
| ) | (WO) |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 3) filed herein on January 24, 2006, said Recommendation is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

Done this 15th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE