IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROSCOE LEWIS HOLLOWAY, #154358, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06cv30-MEF (WO) |
| STATE OF ALABAMA, et al., | ) ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and hereby is dismissed without prejudice.

Done this 15th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE